Exhibit 2

Method Claim: 1

| US9130900 | Yellow.ai Healthcare chatbot ("The accused product") |
|---|---|
| 1. A method for providing assistance to a user, comprising: | The accused product practices a method for providing assistance to a user (e.g., a medical assistance for scheduling an appointment).<br><br>As shown below, Yellow.ai provides a healthcare chatbot which is a virtual agent that provides automated responses to the patients by processing user requests received through a mobile device.<br><br><br><br>https://yellow.ai/industries/healthcare/ |



https://yellow.ai/industries/healthcare/

## Patient referral and scheduling

Facilitate seamless patient referrals, appointment scheduling, consultation and lab test bookings. Integrate with existing CRM/ERP systems for real-time availability, enhancing patient convenience.



https://yellow.ai/industries/healthcare/



https://yellow.ai/industries/healthcare/

# What is a <u>healthcare chatbot</u>, and what does it do?

A <u>healthcare chatbot</u> is a sophisticated blend of artificial intelligence and healthcare expertise designed to transform patient care and administrative tasks. At its core, a healthcare chatbot is an AI-powered software application that interacts with users in real-time, either through text or voice communication. By employing advanced machine learning algorithms and <u>natural language processing (NLP)</u> capabilities, these chatbots can understand, process, and respond to patient inquiries with remarkable accuracy and efficiency.

The primary role of healthcare chatbots is to streamline communication between patients and healthcare providers. They serve as round-the-clock digital assistants, capable of handling a wide array of tasks – from answering common health queries and scheduling appointments to reminding patients about medication and providing tailored health advice. This constant availability not only enhances patient engagement but also significantly reduces the workload on healthcare professionals. By automating responses to repetitive questions and routine administrative tasks, healthcare chatbots free up valuable time for healthcare staff, allowing them to focus more on critical care and patient interaction.

https://yellow.ai/blog/healthcare-chatbot/

## 1. Improved patient engagement

Healthcare chatbots revolutionize patient interaction by providing a platform for continuous and personalized communication. These digital assistants offer more than just information; they create an interactive environment where patients can actively participate in their healthcare journey.

For instance, chatbots can engage patients in their treatment plans, provide educational content, and encourage lifestyle changes, leading to better health outcomes. This interactive model fosters a deeper connection between patients and healthcare services, making patients feel more involved and valued.

## 5. Appointment scheduling

Appointment scheduling becomes a breeze with healthcare chatbots. Patients can easily book, reschedule, or cancel appointments through a simple, conversational interface. This convenience reduces the administrative load on healthcare staff and minimizes the likelihood of missed appointments, enhancing the efficiency of healthcare delivery.

https://yellow.ai/blog/healthcare-chatbot/

# Healthcare template

Explore **Healthcare template** here.

The **Healthcare** template provides quick and convenient access to information about your healthcare services, appointment scheduling, and patient registration. This article walks you through the features of the template and help you in enhancing your overall healthcare experience.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

| receiving a user request for assistance from a mobile device; | The accused product practices receiving a user request for assistance (e.g., a request for scheduling an appointment) from a mobile device (e.g., a smartphone, etc.).<br><br>As shown below, Yellow.ai provides a healthcare chatbot which is a virtual agent that provides automated responses to the patients by processing user requests received through a mobile device. It receives user requests in the form of text.<br><br><br><br>https://yellow.ai/industries/healthcare/ |



https://yellow.ai/blog/healthcare-chatbot/

## Patient referral and scheduling

Facilitate seamless patient referrals, appointment scheduling, consultation and lab test bookings. Integrate with existing CRM/ERP systems for real-time availability, enhancing patient convenience.



https://yellow.ai/industries/healthcare/

The primary role of healthcare chatbots is to streamline communication between patients and healthcare providers. They serve as round-the-clock digital assistants, capable of handling a wide array of tasks – from answering common health queries and scheduling appointments to reminding patients about medication and providing tailored health advice. This constant availability not only enhances patient engagement but also significantly reduces the workload on healthcare professionals. By automating responses to repetitive questions and routine administrative tasks, healthcare chatbots free up valuable time for healthcare staff, allowing them to focus more on critical care and patient interaction.

https://yellow.ai/blog/healthcare-chatbot/

## 5. Appointment scheduling

Appointment scheduling becomes a breeze with healthcare chatbots. Patients can easily book, reschedule, or cancel appointments through a simple, conversational interface. This convenience reduces the administrative load on healthcare staff and minimizes the likelihood of missed appointments, enhancing the efficiency of healthcare delivery.

https://yellow.ai/blog/healthcare-chatbot/

# Healthcare template

Explore **Healthcare template** here.

The **Healthcare** template provides quick and convenient access to information about your healthcare services, appointment scheduling, and patient registration. This article walks you through the features of the template and help you in enhancing your overall healthcare experience.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

## 1. Prebuilt cases

The following are the most common use cases (flows) that are prebuilt in healthcare template:

1. **Start:** This flow offers the options for a new patient to register, book a consultation, view clinics closer to their place, collect medical reports and reach out to support for personalised queries.
2. **New patient registration:** This flow collects the details of a new patient, for example, name, age, contact number, gender, email address and stores it in a database.
3. **Book a consultation:** This flow assists your users in scheduling an appointment with your healthcare centre by collecting the date and time of the doctor you would like to consult.
4. **Locate nearby clinics:** This flow collects the user's location details and shows the clinics closer to their place.
5. **Collect report:** This flow helps your users collect their health reports by accessing their electronic records.
6. **Connect with support:** This flow provides customer support either by answering user questions from the trained FAQs or by connecting the bot user to the support agent to address complex queries.

https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

## 1.3 Book a consultant #

1. **Start trigger:** This flow is triggered when the bot user selects the **Book a consultant** button when menu options are displayed. It can also be triggered at any point of the conversation when the bot user types a sentence that matches the intent- `Book an appointment`.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://imgur.com/DEuA4Qu

| determining semantics of the user | The accused product practices determining semantics of the user request (e.g., a request for scheduling an appointment) and identifying at least one domain (e.g., options such as Book a consultation, locate nearby clinics, etc.), at least one task (e.g., scheduling an |

| request and identifying at least one domain, at least one task, and at least one parameter for the user request by parsing the user request to identify representations of meaning or interpretation of the user request along with location and user personal information captured by the mobile device including telephone, texting, and user | appointment, rescheduling, etc.), and at least one parameter (e.g., a time slot, etc.) for the user request by parsing the user request to identify representations of meaning (e.g., identify intent of the user request) or interpretation of the user request along with location (e.g., a location of the patient) and user personal information captured by the mobile device (e.g., a smartphone, etc.) including telephone (e.g., a phone number), texting (e.g., SMS, etc.), and user activity (e.g., previous patient history, etc.).<br><br>As shown below, Yellow.ai uses Natural Language Understanding (NLU) and Natural Language Processing (NLP) to parse and determine the semantics of the user request received from the patient and deduce the meaningful interpretations of the request.<br><br>For example, a user request for booking an appointment, is parsed to interpret the intent of the user and identify a task of scheduling an appointment.<br><br><br>https://yellow.ai/blog/healthcare-chatbot/ |

| | |
|---|---|
| activity; | Chatbots, when equipped with Artificial Intelligence (AI) and **Natural Language Understanding** (NLU), can generate more human-like conversations with the users. Digital assistants equipped with the NLU abilities can deduce what the user 'actually' means, regardless of how it is expressed.<br><br>Natural Language Understanding is the part of Natural Language Processing that deals with understanding and is, therefore, the most challenging part for a machine to decode. It involves the computer understanding each word's meaning, analyzing the word as a noun or a verb, its tense and so on. Part-of-speech tagging (POS), a lexicon or a vocabulary and a set of grammatical rules are embedded into the system's algorithm.<br><br>https://yellow.ai/nlp/role-of-natural-language-understanding-in-chatbots/<br><br># What is a healthcare chatbot, and what does it do?<br><br>A healthcare chatbot is a sophisticated blend of artificial intelligence and healthcare expertise designed to transform patient care and administrative tasks. At its core, a healthcare chatbot is an AI-powered software application that interacts with users in real-time, either through text or voice communication. By employing advanced machine learning algorithms and natural language processing (NLP) capabilities, these chatbots can understand, process, and respond to patient inquiries with remarkable accuracy and efficiency.<br><br>https://yellow.ai/blog/healthcare-chatbot/ |

# How to build a healthcare chatbot from the Yellow.ai platform?

Transforming healthcare communication and management with AI-driven solutions, Yellow.ai stands at the forefront, offering advanced platforms for creating personalized healthcare chatbots. Yellow.ai's platform empowers healthcare providers to design chatbots tailored to their specific needs, ensuring efficient patient interaction and streamlined operations. Here's how Yellow.ai can help you create an impactful healthcare chatbot:

**Easy integration:** Yellow.ai's platform seamlessly integrates with existing healthcare systems, including Electronic Health Records (EHRs), appointment scheduling systems, and patient management tools. This integration ensures that the chatbot is a natural extension of your healthcare services. **Read more**

**Advanced AI and NLP capabilities:** Leveraging cutting-edge AI and natural language processing technologies, Yellow.ai enables the creation of chatbots that understand and respond to complex patient queries with precision, making interactions natural and effective.

https://yellow.ai/blog/healthcare-chatbot/



https://yellow.ai/dynamic-automation-platform/

# Intents

Intent is the purpose or goal behind someone's action or words. In natural language processing, it specifically relates to determining a user's intention in a conversation, like asking a question, making a request, or giving information.

Let's say that you want to book a flight to Singapore, **book a flight** is the intent of this case.

On our platform, you can add **intents** (the purpose of the bot users' response) and **utterances** (the various responses used by bot users for a specific intent, for example, to book a flight the utterances can be 'flight booking' or 'book flights'). You need to **train** the bot to identify and understand these sentences.

---

> (i) **NOTE**
>
> Yellow.ai DynamicNLP simplifies the process of model training by utilizing advanced technology called Zero-shot Learning. This eliminates the need for tedious and error-prone training processes.

https://docs.yellow.ai/docs/platform_concepts/studio/train/intents

## FAQ Bots

FAQ bots are populated with a set of common questions and corresponding answers, and they use natural language processing (NLP) to understand and respond to user inquiries. FAQ chatbots can be integrated into websites, messaging platforms, and mobile apps to provide 24/7 customer support and improve user engagement.

https://docs.yellow.ai/docs/platform_concepts/studio/train/add-faqs

## Tools and settings

You can find advanced settings in the tools section, that will help you to finely adjust your bot's performance. You can calibrate language understanding through NLU, configure conversational behavior, add constant values that do not change in any conversations, and prepare for upcoming Voice capabilities. These tools collectively elevate your bot's performance and user engagement.

https://docs.yellow.ai/docs/platform_concepts/studio/tools

# Entities

An entity refers to specific information or data that the chatbot can identify and extract from user input. Let's consider the following example:

User query: I'm looking for Italian restaurants in New York to accommodate four people.

In this sentence, the entities are the location (New York), cuisine (Italian), and the number of people (four).

By training your bot on these specific entities, it enables the bot to answer questions like this accurately. Entities are primarily utilized to bypass prompts and provide suggestions to users once the bot identifies the relevant entity. For more information on configuring entities for this purpose, please refer to this section.

There are a set of entities that our out-of-the-box bot recognizes without requiring specific training. These prebuilt entities include:

- Name
- Date
- Email
- Location

https://docs.yellow.ai/docs/platform_concepts/studio/train/entities

2. Go to **Studio** > **Train** > **Intents** and add intents.

3. In each user utterance of an intent, right-click on a word that represents an entity and select the corresponding entity from the options.



https://docs.yellow.ai/docs/platform_concepts/studio/train/entities

## Add list type entities #

List type entities refer to a specific type of entities that are used to recognize predefined lists of values. These entities are designed to identify options from a predetermined set of choices.

For examaple, **mode of payments** will be the list name and its values would be **UPI, Card, Cash on delivery**. Ideally, when all possible distinct values of the entity are known, list type of entity can be used.

https://docs.yellow.ai/docs/platform_concepts/studio/train/entities

# Variables

Variables are placeholders that can hold a value and can be used to store user input, data from external systems, or any other relevant information that needs to be saved and used later in the bot conversation. Variables help in creating dynamic and personalized bot conversations.

For example, let's sya that you want to create a chatbot that greets users by name. You can use a variable to store the user's name and then use it later in the conversation.

https://docs.yellow.ai/docs/platform_concepts/studio/build/bot-variables

 **INFO**

You can access the user profile using this syntax: `{{{profile.field_name}}}`.

The following fields are available in the user profile object:

- city
- country
- country_code
- firstTime (if the user is visiting the bot for the first time)
- ip
- latitude
- longitude
- name (generated user name)
- region

To know more, see System user properties.

https://docs.yellow.ai/docs/platform_concepts/studio/build/bot-variables

## User Properties

User Properties are variables that store information about each individual user interacting with the bot. These properties are stored directly in User 360 help personalize the user's experience and can be used to make decisions about which messages or actions to display. Examples of User Properties include name, email address, and location.

https://docs.yellow.ai/docs/platform_concepts/studio/build/bot-variables



# Prompt Nodes

Prompts are Interactive or conversational nodes, which expect user input. When a user provides an invalid input to the prompt, a fallback message will be displayed.

In this article, you will learn about the different types of prompt nodes:

You can also send a **Share location** button to allow users to share their current location. Customize the text in this button by clicking on it.

Location ▶ Learn                                   ✕

**Bot asks**

> ᴬ Please enter location

➕ Add variations for randomizing

⚙ Configure buttons

Share your location

https://docs.yellow.ai/docs/platform_concepts/studio/build/nodes/prompt-nodes

The following screenshot is how **Share your location** will look on your bot.



https://docs.yellow.ai/docs/platform_concepts/studio/build/nodes/prompt-nodes

## 3.2 Outbound notification

You can incorporate the Outbound notification node in your bot flows to enhance communication capabilities. This dynamic node enables you to effortlessly send SMS, email, WhatsApp, and voice notifications. You can choose your preferred sender ID, manage CC and BCC recipients, and choose from a wide range of templates to streamline your communication efforts right within the bot's flow.

https://docs.yellow.ai/docs/platform_concepts/studio/build/nodes/action-nodes



https://yellow.ai/blog/healthcare-chatbot/



https://yellow.ai/marketplace/healthcare-major-use-cases/
41d196469e2c531ec23971260e070663/

| | |
|---|---|
| accessing one or more semantic web services, each service accessed through an application program interface | The accused product practices accessing one or more semantic web services, each service accessed through an application program interface (API) (e.g., RESTful API, Calendar API, etc.) to retrieve data matching (e.g., matching of patients with providers) the at least one domain (e.g., options such as Book a consultation, locate nearby clinics, etc.), at least one task (e.g., scheduling an appointment, rescheduling, etc.), and at least one parameter (e.g., a time slot, etc.).<br><br>As shown below, Yellow.ai accesses a webservice ("semantic web services") through RESTful API to collect the patient data for providing response to the user's command. For example, when the user request is for scheduling an appointment, Yellow.ai chatbot access the webservices through RESTful API and automatically matches patients with providers based on the user selected branch, selected doctor, clinics near the user, etc. |

| (API) to retrieve data matching the at least one domain, at least one task, and at least one parameter; | # API Documentation: Yellow.ai

Welcome to the API documentation for Yellow.ai! This comprehensive guide will walk you through the powerful RESTful API provided by Yellow.ai. With our API, you can seamlessly create and manage user data, retrieve user details, update user information, and unlock a host of other functionalities. Our API is designed to offer flexibility and simplicity, while prioritizing the security and integrity of your user data.

## Overview

Yellow.ai offers a robust RESTful API that empowers you to manage user data, user events, outbound notifications, email ticketing, and more. Our API is designed to provide a seamless experience, offering flexibility and simplicity in its usage. We prioritize the security and integrity of your user data, ensuring that it remains protected throughout your interactions with our API. Leverage our powerful API to streamline your workflows and enhance your user management capabilities.

https://docs.yellow.ai/api |

# Healthcare template

Explore **Healthcare template** here.

The **Healthcare** template provides quick and convenient access to information about your healthcare services, appointment scheduling, and patient registration. This article walks you through the features of the template and help you in enhancing your overall healthcare experience.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

3. **Fetch the branch details from the database:**

- ○ Database - From the doctor details table, the database node will fetch unique branch names, which are stored in a variable - `branch`.

- ○ Function - branch function is used to display the branch names, which are stored in the variable - `branch_qr`.

- ○ Quick reply node is used to fetch a list of branch names from the `branch_qr` variable and display the branch names in the form of quick reply buttons.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

6. **Display date and time slot for appointment:**

- Date node is used to select a single date and store it in the variable `dt`.

- Quick reply node, is used to select a morning or evening slot for the users.

- Function - timeslot function is used to display morning or evening timeslots, for example- 9 AM - 10 AM.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

7. **Store details in database and confirm booking:** After all the details are fetched, a booking ID is generated - `bookappointresponse` function.

   ○ A database node is used to store the entered details in the table - `Booking details`. Once the record is added, your appointment booking is successfully created.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

## 1.4 Locate nearby clinics #

2. **Collect location:** User location is collected using the location node. This information is stored in a variable named **location**.

3. **Nearby clinics:** A search happens in the database node that contains the location details of all the clinics. A flash message 'Please wait while we fetch the nearest branch.' is displayed using the text node before showning nearby clinics.

   ○ If there is a clinic closer to the user location, the flow moves to the **success** branch.

   ○ If there's no clinic in or closer to the user location, the flow moves to the **fallback** and conveys this in a text node.

https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://yellow.ai/blog/healthcare-chatbot/



https://yellow.ai/marketplace/healthcare-major-use-cases/
41d196469e2c531ec23971260e070663/

| identifying, generating, or providing personalized recommendations for activities, products, services, | The accused product practices identifying, generating, or providing personalized recommendations for activities, products, services (e.g., personalized responses for a user's query). As shown below, Yellow.ai chatbot records details of the patient by accessing their past medical history reports and personal details such as location, etc. Thus, when a user request for scheduling an appointment is received by the chatbot, it provides the patient with a nearby provider close to the patient's location. |
|---|---|

## User Properties

User Properties are variables that store information about each individual user interacting with the bot. These properties are stored directly in User 360 help personalize the user's experience and can be used to make decisions about which messages or actions to display. Examples of User Properties include name, email address, and location.

https://docs.yellow.ai/docs/platform_concepts/studio/build/bot-variables

 **INFO**

You can access the user profile using this syntax: `{{{profile.field_name}}}`.

The following fields are available in the user profile object:

- city
- country
- country_code
- firstTime (if the user is visiting the bot for the first time)
- ip
- latitude
- longitude
- name (generated user name)
- region

To know more, see System user properties.

https://docs.yellow.ai/docs/platform_concepts/studio/build/bot-variables

# Healthcare template

Explore **Healthcare template** here.

The **Healthcare** template provides quick and convenient access to information about your healthcare services, appointment scheduling, and patient registration. This article walks you through the features of the template and help you in enhancing your overall healthcare experience.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

3. **Fetch the branch details from the database:**

- o Database - From the doctor details table, the database node will fetch unique branch names, which are stored in a variable - `branch`.

- o Function - branch function is used to display the branch names, which are stored in the variable - `branch_qr`.

- o Quick reply node is used to fetch a list of branch names from the `branch_qr` variable and display the branch names in the form of quick reply buttons.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

6. **Display date and time slot for appointment:**

   ○ Date node is used to select a single date and store it in the variable `dt`.

   ○ Quick reply node, is used to select a morning or evening slot for the users.

   ○ Function - timeslot function is used to display morning or evening timeslots, for example- 9 AM - 10 AM.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

## 1.4 Locate nearby clinics #

2. **Collect location:** User location is collected using the location node. This information is stored in a variable named **location**.

3. **Nearby clinics:** A search happens in the database node that contains the location details of all the clinics. A flash message 'Please wait while we fetch the nearest branch.' is displayed using the text node before showning nearby clinics.

   ○ If there is a clinic closer to the user location, the flow moves to the **success** branch.

   ○ If there's no clinic in or closer to the user location, the flow moves to the **fallback** and conveys this in a text node.

https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://yellow.ai/blog/healthcare-chatbot/



https://yellow.ai/marketplace/healthcare-major-use-cases/
41d196469e2c531ec23971260e070663/

| presenting possible responses to the user by interact with the semantic web services by calling the services through the | The accused product practices presenting possible responses (e.g., available time slots, etc.) to the user (e.g., a patient) by interact with the semantic web services by calling the services through the API (e.g., RESTful API, etc.) and extracting one or more options or suggestions from the semantic web services through the API (e.g., RESTful API, etc.) and confirming user responses by accessing a text messaging API (e.g., SMS) or a phonebook API.

As shown below, Yellow.ai accesses the web service ("interact with semantic web services") using RESTful API to provide a response to the patient. The web service collects the relevant responses ("one or more options or suggestions") and provides them to the chat bot to present them further to the patient. |

| API and extracting one or more options or suggestions from the semantic web services through the API and confirming user responses by accessing a text messaging API or a phonebook API; | For example, when Yellow.ai chatbot receives a user request for booking an appointment, it provides the patient with an option to book a convenient time slot. Further, once the patient confirms booking a slot for an appointment, the healthcare chatbot confirms the user response by sending the patient a confirmation text message for a scheduled appointment. |
|---|---|

# Healthcare template

Explore **Healthcare template** here.

The **Healthcare** template provides quick and convenient access to information about your healthcare services, appointment scheduling, and patient registration. This article walks you through the features of the template and help you in enhancing your overall healthcare experience.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

3. **Fetch the branch details from the database:**

- Database - From the doctor details table, the database node will fetch unique branch names, which are stored in a variable - `branch`.

- Function - branch function is used to display the branch names, which are stored in the variable - `branch_qr`.

- Quick reply node is used to fetch a list of branch names from the `branch_qr` variable and display the branch names in the form of quick reply buttons.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

6. **Display date and time slot for appointment:**

- o Date node is used to select a single date and store it in the variable dt.

- o Quick reply node, is used to select a morning or evening slot for the users.

- o Function - timeslot function is used to display morning or evening timeslots, for example- 9 AM - 10 AM.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template

## 1.4 Locate nearby clinics #

2. **Collect location:** User location is collected using the location node. This information is stored in a variable named **location**.

3. **Nearby clinics:** A search happens in the database node that contains the location details of all the clinics. A flash message 'Please wait while we fetch the nearest branch.' is displayed using the text node before showning nearby clinics.

   ○ If there is a clinic closer to the user location, the flow moves to the **success** branch.

   ○ If there's no clinic in or closer to the user location, the flow moves to the **fallback** and conveys this in a text node.

https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://yellow.ai/blog/healthcare-chatbot/



https://yellow.ai/marketplace/healthcare-major-use-cases/
41d196469e2c531ec23971260e070663/

## 3.2 Outbound notification

You can incorporate the Outbound notification node in your bot flows to enhance communication
capabilities. This dynamic node enables you to effortlessly send SMS, email, WhatsApp, and voice
notifications. You can choose your preferred sender ID, manage CC and BCC recipients, and choose from a
wide range of templates to streamline your communication efforts right within the bot's flow.

https://docs.yellow.ai/docs/platform_concepts/studio/build/nodes/action-nodes

| | # Notification API<br><br>## 1. Introduction<br><br>Yellow.ai's Notification API lets you send business-initiated messages from the various supported channels directly from your CRM or internal Systems.<br><br>The API supports different channels (SMS, email, and WhatsApp) and makes it easier for developers to integrate it anywhere in less time.<br><br>https://docs.yellow.ai/docs/platform_concepts/engagement/outbound/notification-engine |
|---|---|
| determining at least one responsive answer; and | The accused product practices determining at least one responsive answer (e.g., available appointment slots, etc.).<br><br>As shown below, Cipher Health healthcare chatbot determines a response such as available appointment slots, suitable dietary choices, etc. by identifying the intent of the user request. |

## 1.3 Book a consultant #

1. **Start trigger:** This flow is triggered when the bot user selects the **Book a consultant** button when menu options are displayed. It can also be triggered at any point of the conversation when the bot user types a sentence that matches the intent- `Book an appointment`.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://imgur.com/DEuA4Qu



https://yellow.ai/blog/healthcare-chatbot/



https://yellow.ai/marketplace/healthcare-major-use-cases/
41d196469e2c531ec23971260e070663/

| responding to the user request. | The accused product practices responding to the user request (e.g., a confirmation text message for scheduled appointment).<br><br>As shown below, Yellow.ai chatbot provides confirmation of the scheduled appointment by sending a text message to the patient. |
| --- | --- |

## 1.3 Book a consultant #

1. **Start trigger:** This flow is triggered when the bot user selects the **Book a consultant** button when menu options are displayed. It can also be triggered at any point of the conversation when the bot user types a sentence that matches the intent- `Book an appointment`.



https://docs.yellow.ai/docs/cookbooks/marketplace-templates/healthcare_template



https://imgur.com/DEuA4Qu



https://yellow.ai/blog/healthcare-chatbot/



https://yellow.ai/marketplace/healthcare-major-use-cases/41d196469e2c531ec23971260e070663/

## 3.2 Outbound notification

You can incorporate the Outbound notification node in your bot flows to enhance communication capabilities. This dynamic node enables you to effortlessly send SMS, email, WhatsApp, and voice notifications. You can choose your preferred sender ID, manage CC and BCC recipients, and choose from a wide range of templates to streamline your communication efforts right within the bot's flow.

https://docs.yellow.ai/docs/platform_concepts/studio/build/nodes/action-nodes

# Notification API

## 1. Introduction

Yellow.ai's Notification API lets you send business-initiated messages from the various supported channels directly from your CRM or internal Systems.

The API supports different channels (SMS, email, and WhatsApp) and makes it easier for developers to integrate it anywhere in less time.

https://docs.yellow.ai/docs/platform_concepts/engagement/outbound/notification-engine